STATE OF CONNECTICUT *v.* MICHAEL OLENICK III

The defendant's petition for certification for appeal from the Appellate Court, 98 Conn. App. 638 (AC 26268), is denied.

*Donald R. Beebe* and *Sarah J. Schlechtweg*, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided February 28, 2007

STATE OF CONNECTICUT *v.* DONALD P. BROWN, JR.

The defendant's petition for certification for appeal from the Appellate Court, 98 Conn. App. 829 (AC 26472), is denied.

*Cynthia M. Fernandez-Romano*, in support of the petition.

Decided February 28, 2007

STATE OF CONNECTICUT *v.* HOWARD W. COSBY

The defendant's petition for certification for appeal from the Appellate Court, 99 Conn. App. 164 (AC 25770), is denied.

*Francis L. O'Reilly*, special public defender, in support of the petition.

*Sarah Hanna*, special deputy assistant state's attorney, in opposition.

Decided February 28, 2007